**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

U.S. COMMODITY FUTURES
TRADING COMMISSION,

      Plaintiff,

v.                                        CASE NO.  3:15-cv-5-J-34MCR

ALLIED MARKETS LLC,
JOSHUA GILLILAND, and
CHAWALIT WONGKHIAO,

      Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Joint Motion for Entry of Consent Order of Preliminary Injunction and Other Ancillary Relief (Doc. No. 17; Motion).  In the Motion, the parties request that the Court enter the proposed Consent Order of Preliminary Injunction and Other Equitable Relief, which is attached to the Motion. See Motion at 1-2.

Upon due consideration, it is hereby **ORDERED:**

1. The Joint Motion for Entry of Consent Order of Preliminary Injunction and Other Ancillary Relief (Doc. No. 17) is **GRANTED, in part, and DENIED, in part.**

2. The motion is **GRANTED** to the following extent:

    a. The Consent Order of Preliminary Injunction and Other Equitable Relief **as modified** is incorporated herein and entered as the Court's Order.

    b. The preliminary injunction hearing set for Wednesday, January 21, 2015, at 10:00 a.m. is **CANCELLED**.

      c.    In all other respects, the motion is **DENIED**.

3.    Plaintiff's <u>Ex</u> <u>Parte</u> Motion for Statutory Restraining Order and Motion for Preliminary Injunction (Doc. No. 4), to the extent not previously granted, is **DENIED as moot**.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of January, 2015.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc16

Copies to:

Counsel of Record